**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

        Plaintiff,

v.

Eugen Walker, Jr,

        Defendant.

Criminal No. 24-mj-443 DLM

**ORDER OF REMOVAL**

The above captioned case was before the undersigned United States Magistrate on June 21, 2024.    Mr. Walker waived the removal and preliminary revocation hearings and is released with conditions.

Based on Mr. Walker's waiver, the court finds that Mr. Walker is the same person named in the warrant filed in the Northern District of Alabama, and he is ordered removed to that district for further proceedings.

Dated: June 21, 2024

        *s/Douglas L. Micko*
        Douglas L. Micko
        United States Magistrate Judge